**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:25-cr-129 |
| JOHN ALEX PETERSON, | |
| Defendant. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 22, 2026, Report and Recommendation, (doc. 34), to which no party has filed objections.   Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 34), as the opinion of the Court.   Peterson's Motion to Suppress is **DENIED**.   (Docs. 22 & 27.)

It now appearing that all pretrial motions in the above referenced case are resolved and that this case is ready for trial, the Court hereby **DIRECTS** the parties to confer and file a Joint Status Report **on or before June 23, 2026**, notifying the Court as to the current status of the case.    The joint status report shall indicate whether (1) the parties are prepared to proceed to trial, and, if they are, list three potential dates for a status conference within the following 14 days; or, (2) if the parties believe the case will result in a negotiated plea agreement, whether additional time is needed for plea negotiations.   In complying with this Order, the parties are DIRECTED to use Magistrate Judge Ray's Criminal Status Report form.

**SO ORDERED**, this 16th day of June, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA